No. 513. HUGH BREEDING, INC., *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. On petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Peyton Ford* and *Gus Rinehart* for petitioner. *John A. Johnson* and *Robert E. Shelton* for respondent.

NOVEMBER 25, 1957.

No. 12, Original. VIRGINIA *v.* MARYLAND. This case is set for oral argument on Monday, December 9th, next, on the motion for leave to file the bill of complaint and answer. Two hours allowed for argument.

No. 30. RATHBUN *v.* UNITED STATES. Certiorari, 352 U. S. 965, to the United States Court of Appeals for the Tenth Circuit. The motion for leave to withdraw the appearance of *E. F. Conly,* as counsel for the petitioner, is granted.